Yongmoon Kim
Philip D. Stern
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
(201) 273-7117

*Attorneys for Plaintiff, Hunter J. Church*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUNTER J. CHURCH, *individually and on behalf of those similarly situated,*<br><br>                                      Plaintiff,<br><br>                          *vs.*<br><br>J RITTER LAW P.C., FEDCHEX RECOVERY, LLC, JONATHAN RITTER, ESQ., and JOHN DOES 1-10,<br><br>                                      Defendants. | Case No. 3:23-cv-01709-MAS-RLS<br><br><br><br>**NOTICE OF MOTION** |

TO:   Stephen D. Dargitz
       O'HAGAN MEYER, PLLC
       116 Village Boulevard, Suite 200
       Princeton, NJ 080540

   *Attorneys for Defendant Fedchex Recovery, LLC*

Please take notice that on May 1, 2023 at 10:00 A.M., or at such other time as counsel may be heard, the undersigned attorney for the Plaintiff will move for an Order remanding this action to the Superior Court of New Jersey.

In support of the Motion, Plaintiff, will rely on the Brief submitted with this Motion.

Plaintiff requests oral argument if this Motion is opposed.

                                     KIM LAW FIRM LLC
                                     *Attorneys for Plaintiff,*
                                     By: *s/Philip D. Stern*

Dated: March 27, 2023                               Philip D. Stern

22-027                                              page **1** of **1**