Yongmoon Kim, Esq. (ykim@kimlf.com)
Philip D. Stern, Esq. (pstern@kimlf.com)
Mark Jensen, Esq. (mjensen@kimlf.com)
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117
*Attorneys for Plaintiff and the Settlement Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HUNTER J. CHURCH, *on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>J RITTER LAW P.C., FEDCHEX RECOVERY, LLC, JONATHAN RITTER, ESQ., and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 3:23-cv-01709-RLS<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEY'S FEES AND COSTS** |

TO:  Brian K. Condon, Esq.
CONDON PAXOS PLLC
55 Old Turnpike Road, Suite 502
Nanuet, New York 10954
*Attorneys for Defendants J Ritter Law P.C. and Jonathan Ritter, Esq.*

Stephen D. Dargitz
O'HAGAN MEYER, PLLC
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
*Attorneys for Defendant Fedchex Recovery, LLC*

PLEASE TAKE NOTICE that upon this Notice of Motion, Plaintiff Hunter H. Church, individually and on behalf of the Settlement Class, by their undersigned counsels, shall move this Honorable Court, on March 20, 2025, at 11:00 a.m., for an Order granting final approval of the within Class Action Settlement Agreement, Class Counsel's attorney's fees and costs, and related relief.

Plaintiff shall rely upon the enclosed Brief, Exhibits (which includes certifications/affidavits), Declaration of Yongmoon Kim, Esq., and the Declaration of Demetrius Jenkins, of American Legal Claim Services LLC. A copy of Plaintiff's proposed Order is attached hereto.

          KIM LAW FIRM LLC
          *Attorneys for Plaintiff and the Settlement Class*

          *s/Yongmoon Kim*
          Yongmoon Kim

Dated: March 14, 2025